# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Michael Jerome Orr Jr.,

          Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                  3:02-cv-293/3:98-cr-322

USA ,

          Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 2, 2005 Order.

May 2, 2005

FRANK G. JOHNS, CLERK

BY: _Betsy Wallace_

Betsy Wallace, Deputy Clerk